

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ECCLES,<br><br>Defendant. | Case No.: 12CR4031-BEN<br><br>ORDER SETTING PAYMENT SCHEDULE FOR RESTITUTION |

On November 10, 2015, this Court entered a restitution order requiring Defendant to pay restitution in the total amount of $4,200,000.00. For the reasons set forth in the Government's motion, it is hereby ordered that Defendant shall pay restitution at a rate of at least 10% of Defendant's disposable earnings, or the amount by which Defendant's disposable earnings for a week exceeds thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less, and subject to modification upon further agreement of the parties or order of the Court. All other provisions of the restitution order entered on November 10, 2015 remain the same.

DATED: September 22, 2020

HONORABLE ROGER T. BENITEZ
United States District Judge